**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**IN RE:**                                           **CASE NO: 24-50061-KKS**
                                                     **CHAPTER 7**
**Ricky Joe Taylor,**

    **Debtor(s).**
_____/

### ORDER GRANTING CHAPTER 7
### TRUSTEE'S MOTION DISMISS (ECF NO. 102)

**THIS CASE** is before the Court on Chapter 7 Trustee's Motion to Dismiss ("Motion," ECF No. 102). The Trustee filed a Certificate of No Objection (ECF No. 105) on September 25, 2025. The Court having considered this Motion, noting that no objection was filed, and no hearing is necessary, it is

    **ORDERED**:

    1.    The Motion is **GRANTED**.

    2.    This case is **DISMISSED.**

    3.    Debtor shall immediately remit any unpaid filing fees. Debtor must remit all past sums due to the Clerk before filing a new petition. The Clerk is authorized to refuse any petition until fees due from prior filings are paid in full. The Court retains jurisdiction over unpaid fees and the Clerk is

authorized and directed to pursue all available avenues to ensure the fees are collected.

DONE AND ORDERED on September 26, 2025

**KAREN K. SPECIE**
**Chief U.S. Bankruptcy Judge**

This order prepared by: Mary W. Colón, Esq. (Modified in Chambers)

Trustee Mary Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.